**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6499

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NATHANIEL A. RICHARDSON, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:96-cr-00153-RAJ-1)

Submitted:  July 25, 2006              Decided:  August 2, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Nathaniel A. Richardson, Jr., Appellant Pro Se.  Laura P. Tayman, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel A. Richardson, Jr., appeals the district court's order denying relief on his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. See United States v. Richardson, No. 2:96-cr-00153-RAJ-1 (E.D. Va. Mar. 2, 2006); see also United States v. Moreno, 421 F.3d 1217, 1220 (11th Cir. 2005) (holding United States v. Booker, 543 U.S. 220 (2005), is inapplicable to § 3582(c)(2) motions), cert. denied, 126 S. Ct. 1643 (2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED